NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FORTINET, INC.,**
*Appellant*

v.

**NETSKOPE, INC.,**
*Appellee*

---

2024-2192, 2024-2305, 2025-1085, 2025-1115

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2023-00030, IPR2023-00456, IPR2023-00458, and IPR2023-00459.

---

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceedings are DISMISSED under Fed. R. App. P. 42 (b).

2                               FORTINET, INC. v. NETSKOPE, INC.

(2)  Each side shall bear their own costs.

FOR THE COURT

November 7, 2024
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** November 7, 2024